IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:08-cr-00012-MP-AK

THOMAS ALAN SMART,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 74, Motion to Continue Sentencing Hearing by Thomas Alan Smart. The government agrees to the continuance. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The sentencing of Mr. Smart, set for October 23, 2008, is hereby continued and will be reset by separate notice.

**DONE AND ORDERED** this  *22nd*  day of October, 2008

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge