IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         CASE NO. 1:08-cr-00012-MP-AK

ANDREW COX,
AMANDA YVONNE WHITE,
THOMAS ALAN SMART,
EMMA MARIE MENA,

    Defendant.

_____/

## **O R D E R**

    This matter came before the Court for a teleconference on August 25, 2009. As stated during the conference, Mr. Smart's motion to continue sentencing, Doc. 203, is granted. Sentencing will be reset by separate notice. Additionally, regarding Mr. Cox's motion to terminate counsel and to proceed pro se, Doc. 204, an in-court hearing will be held on Wednesday, September 2, 2009, at 1:00 p.m. The presence of Mr. Cox is required.

    **DONE AND ORDERED** this _26th_ day of August, 2009

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge